**Fill in this information to identify the case:**

Debtor name    **Valley Transportation, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   Sept 23, 2022    x *Deborah B. Simpson*

Signature of individual signing on behalf of debtor

**Deborah Simpson**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name   **Valley Transportation, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

---

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................   $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................   $     **3,151,264.66**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................   $     **3,151,264.66**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **533,800.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................   $     **25,734.10**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............   +$     **127,199.22**

4. **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b                           $     **686,733.32**

| Fill in this information to identify the case: |
|---|

Debtor name   **Valley Transportation, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **9659** | **$102,927.24** |
| 3.2. | **Bank of America** | **Checking** | **1284** | **$529,393.90** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$632,821.14** |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security Deposit for Unicorn Rd. Lease** | **$12,155.00** |
|---|---|---|

Debtor  **Valley Transportation, Inc.**                    Case number *(If known)* _____
        Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.  **Prepaid Rent to Joseph Jaconi Company for rent of Unicorn Road property.**                    $40,537.00

        8.2.  **Wanger Jones Helsley Trust Acct - Legal Retainer**                    $118,270.00

        8.3.  **Hatmaker Law Group Trust Acct. - Legal Retainer**                    $144,117.52

9.      **Total of Part 2.**                                                          | **$315,079.52** |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less: | **798,764.00** | - | **0.00** | = .... | **$798,764.00** |
                                  | face amount    |   | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**                                                          | **$798,764.00** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor   **Valley Transportation, Inc.**_____   Case number *(If known)* _____
         <sub>Name</sub>

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture and Equipment** | | **Owner Est.** | **$15,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$15,000.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Attached List** | | | **$1,339,650.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Fixtures and Equipment - See Attached.** | | | **$49,950.00**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$1,389,600.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

Attachment to A/B 47

| Customer \ Year | | Make | Model | Body Type | VIN | License Plate # | Value | Lien Holder |
|---|---|---|---|---|---|---|---|---|
| 7 | 1998 | Ford | Van | Van (C) | 1FTRE1467WHB87390 | 62081N1 | $625 | |
| 8 | 2004 | Chevrolet | Pickup | Light truck | 1GCEK14X74Z233128 | 37984C1 | $2,350 | |
| 20 | 2012 | Kenworth | T270 | Truck | 2NKHHM6X9CM315599 | 675280 | $33,750 | |
| 21 | 2012 | Kenworth | | Truck | 2NKHHM6X1CM315600 | 675290 | $33,750 | |
| 22 | 2009 | Kenworth | | Truck | 2NKHHM6X09M257293 | 8T55210 | $20,675 | |
| 23 | 2008 | Kenworth | | Truck | 2NKMHM6X78M213854 | 8H67145 | $17,750 | |
| 25 | 2008 | Kenworth | | Truck | 2NKMHM6X38M215025 | 17425K1 | $17,750 | |
| 27 | 2012 | Kenworth | T270 | Truck | 2NKHHM6X5CM301036 | 8Y63558 | $33,750 | UMPQUA BANK |
| 26 | 2012 | Kenworth | T270 | Truck | 2NKHHM6X3CM315601 | 675270 | $33,750 | |
| 28 | 2018 | Kenworth | T270 | Truck | 2NKHHM5X8JM202474 | 32269D2 | $59,325 | |
| 29 | 2019 | Kenworth | T270 | Truck | 2NKHHM6X8KM300333 | 73344G2 | $68,550 | |
| 35 | 2003 | Chevrolet | | Truck | 1GCHG39U931101008 | 7A74471 | $1,275 | |
| 37 | 2023 | Kenworth | | Truck | 2NK3HM6X0PM236533 | J1094893 | $101,125 | |
| 40 | 2015 | Kenworth | | Truck-Tractor | 2XKHAJ7X3FM447043 | 9F15335 | $50,400 | |
| 41 | 2010 | Kenworth | T800 | Truck-Tractor | 1XKDA08X6AJ267871 | 9E91726 | $21,300 | |
| 42 | 2009 | Kenworth | | Truck-Tractor | 1XKDA08X59R251240 | 9D84448 | $21,450 | |
| 43 | 2010 | Kenworth | T800 | Truck-Tractor | 1XKDA08X9AJ267878 | 9D95454 | $21,300 | |
| 44 | 2012 | Kenworth | T370 | Truck-Tractor | 2XKHAN7X3CM322191 | 9E26961 | $35,100 | |
| 45 | 2013 | Kenworth | T880 | Truck-Tractor | 1XKDAP8X0DJ348703 | 9F77794 | $23,000 | |
| 46 | 2023 | Kenworth | | Truck-Tractor | 2XKHAJ7X5LM397516 | 9F18980 | $101,125 | B OF A ONE LOAN |
| 47 | 2022 | Kenworth | | Truck-Tractor | 2XKHAM7X1NM140826 | 9F95917 | $91,125 | FOR ALL THREE TRUCKS |
| 48 | 2022 | Kenworth | | Truck-Tractor | 2XKHAM7X3NM140827 | 9F95928 | $91,125 | |
| 50 | 2013 | Kenworth | | Truck-Tractor | 1XKADP9X2DJ356102 | 9E26985 | $20,475 | |
| 51 | 2012 | Kenworth | | Truck-Tractor | 1XKADP9X9CJ296429 | 9E06756 | $17,975 | |
| 52 | 2013 | Kenworth | | Truck-Tractor | 1XKADP9X1DJ362974 | 9E91254 | $20,475 | |
| 54 | 2013 | Kenworth | | Truck-Tractor | 1XKADP9X3DJ339938 | 9E91280 | $20,475 | HUNTINGTON BANK |
| 56 | 2010 | Freightliner | | Truck-Tractor | 1FUJGEDV9ALAD2665 | 9F10156 | $13,925 | ONE LOAN 2 TRUCKS |
| 57 | 2013 | Kenworth | | Truck-Tractor | 1XKADP9X3DJ362975 | 9E27002 | $20,475 | |
| 58 | 2013 | Kenworth | | Truck-Tractor | 1XKADP9X5DJ362976 | 9E27003 | $20,475 | |
| 59 | 2014 | Kenworth | T660 | Truck-Tractor | 1XKAD49X6EJ388924 | 9E91443 | $26,425 | |
| 61 | 2021 | Kenworth | | Truck-Tractor | 1XKYD49X0FJ467540 | 9E87375 | $32,175 | HUNTINGTON BANK |
| 62 | 2021 | Kenworth | | Truck-Tractor | 1XKYD49X2FJ467473 | 9F44473 | $32,175 | HUNTINGTON BANK |
| 63 | 2021 | Kenworth | | Truck-Tractor | 1XKYD49X4FJ467539 | 9F44469 | $32,175 | HUNTINGTON BANK |
| 203 | 2009 | Chevrolet | Suburban | Light truck | 1GNGK46K69R210112 | 7JJU124 | $8,150 | |
| 206 | 2015 | Lexus | RX350 | SUV | 2T2BK1BA5FC317815 | 7MBJ778 | $17,925 | |
| 2864 | 1984 | Utility | | Trailer | 1UYVS127XEC992539 | 4BA3271 | $3,000 | |
| 4520 | 1985 | Fruehauf | | Trailer | 1H4V04522FJ010103 | 4BF9309 | $3,000 | |
| 4521 | 1985 | Fruehauf | | Trailer | 1H4V04524FJ010104 | 4BF9308 | $3,000 | |
| 4522 | 1985 | Fruehauf | | Trailer | 1H4V04528FJ010106 | 1VW4530 | $3,000 | |
| 4523 | 1985 | Fruehauf | | Trailer | 1H4V04529FJ010101 | 4BG1678 | $3,500 | |
| 4524 | 2007 | Utility | Dry trailer | Trailer | 1UYVS24537P036401 | 4HC9490 | $8,000 | |
| 4525 | 1997 | Strick | | Trailer | 1S12E8457VD417382 | 4TF4858 | $8,000 | |
| 4801 | 1994 | Pine | | Trailer | 1PNV482S7RKB58662 | 4GU1237 | $8,000 | |
| 4803 | 1987 | TLB | | Trailer | 1PT02DAH7H9001322 | 4ML6417 | $3,000 | |
| 5340 | 1996 | Trailmobile | | Trailer | 1PTG1JAH1T6004341 | 4BG1702 | $6,000 | |
| 5342 | 1997 | Pine | | Trailer | 1PNV53287VH205001 | 4DY3645 | $6,000 | |
| 5345 | 1991 | Fruehauf | | Trailer | 1H2V05324ME018601 | 4BD6833 | $5,000 | |
| 5346 | 1986 | Fruehauf | | Trailer | 1H4V04827GJ025192 | 4BD6649 | $4,500 | |
| 5347 | 1986 | Fruehauf | | Trailer | 1H2V05320GE024514 | 4BJ2624 | $4,500 | |
| 5348 | 1991 | Fruehauf | | Trailer | 1H2V05322MB043711 | 4BJ2648 | $5,000 | |

Attachment to A/B 47

| | | | | | | |
|---|---|---|---|---|---|---|
| 5349 | 1991 Fruehauf | | Trailer | 1H2V05327MB043705 | 4BJ2649 | $5,000 |
| 5350 | 1998 Hyundi | | Trailer | 3H3V532C4WT046011 | 1WR9835 | $7,000 |
| 5352 | 1987 Fruehauf | | Trailer | 1H2V05321HE025107 | 4DB4984 | $3,500 |
| 5353 | 1999 Wabash | | Trailer | 1JJV532W1XF601135 | 4FL2288 | $7,500 |
| 5355 | 1995 STN | | Trailer | 1DW1A5326SS969024 | 4DN9470 | $7,000 |
| 5356 | 1995 STN | | Trailer | 1DW1A5320SS924600 | 4EG9225 | $7,000 |
| 5358 | 1998 Great Dane | | Trailer | 1GRAA0624WB147001 | 4JU5764 | $6,500 |
| 5361 | 1999 Trailmobile | | Trailer | 1PT01JAH2X6011239 | 4MX6924 | $7,000 |
| 5362 | 2002 Trailmobile | | Trailer | 1PT01JAH729002835 | 4SUI1470 | $8,000 |
| 5380 | 2008 Wabash | Duraplate | Trailer | 1JJV532W18L204320 | 4RU3157 | $8,500 |
| 5381 | 2008 Wabash | Duraplate | Trailer | 1JJV532W78L204354 | 4RU3158 | $8,500 |
| 5359 | 2012 Wabash | | Trailer | 1JJV532D5CL715813 | 4TT2007 | $9,000 |
| 5392 | 2012 Wabash | | Trailer | 1JJV532D7CL715814 | 4TT2008 | $9,000 |
| 5393 | 2012 Wabash | | Trailer | 1JJV532D9CL715815 | 4TT2009 | $9,000 |
| | | | | | | $1,339,650 |

Attachment to A/B #50
Equipment List

| FORKLIFTS | | VALUE |
|---|---|---|
| Caterpillar Forklift | AT3505290 | 7,500.00 |
| Caterpillar Forklift | AT3505275 | 7,500.00 |
| Caterpillar Forklift | | 7,500.00 |
| Clark Forklift | | 7,500.00 |
| Nissan | CPJ01 | 5,000.00 |
| Hyster | | 5,000.00 |
| Caterpillar Forklift | 2C500   5259-16 | 5,000.00 |

18 PALLET JACKS @ $275.00 EACH　　　4,950.00

49,950.00

Debtor  **Valley Transportation, Inc.**                    Case number *(If known)* _____
        Name

☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial Lease of 2837 S. East Ave., Fresno, CA.** | Leasehold Interest | | | $0.00 |
| 55.2.  **Commercial lease of 2740 E. Church, Fresno, CA.** | Leasehold Interest | | | $0.00 |
| 55.3.  **Commerical lease of 3451 Unicorn Road in Bakersfield consisting of office space, building and 2+ acres of land.** | | | | $0.00 |

56.  **Total of Part 9.**                                               | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | **Valley Transportation, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

<table>
<tr><td></td><td style="text-align:right"><b>Current value of<br>debtor's interest</b></td></tr>
<tr><td>71.    <b>Notes receivable</b><br>        Description (include name of obligor)</td><td></td></tr>
<tr><td>72.    <b>Tax refunds and unused net operating losses (NOLs)</b><br>        Description (for example, federal, state, local)</td><td></td></tr>
<tr><td>73.    <b>Interests in insurance policies or annuities</b></td><td></td></tr>
<tr><td>74.    <b>Causes of action against third parties (whether or not a lawsuit<br>        has been filed)</b><br><br>        <b>Possible claim against Barrett Business Services, Inc.</b><br>        <b>Nature of claim</b>   _____<br>        <b>Amount requested</b>  _____</td><td style="text-align:right"><b>Unknown</b></td></tr>
</table>

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---:|
| | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Valley Transportation, Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $632,821.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $315,079.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $798,764.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,389,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,151,264.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,151,264.66 |

**Fill in this information to identify the case:**

Debtor name     **Valley Transportation, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1     Banc of America Leasing**
Creditor's Name

**PO Box 100918**
**Atlanta, GA 30384**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Secured by 2022 and 2023 Tractor Trucks with Vins ending -7516, -0824, -0827.**

Describe the lien
**DMV**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$295,000.00**

**2.2     Huntington National Bank**
Creditor's Name

**PO Box 77077**
**Minneapolis, MN 55480**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Secured by by 2010, 2013 and three 2021 Kenworth Tractor Trucks.  Vins ending in -9938, -2665, -7540, -7541, -7539.**

Describe the lien
**DMV**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$211,000.00**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Debtor  **Valley Transportation, Inc.**          Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Leaf Capital** |
|---|---|

Creditor's Name

**PO Box 5066**
**Hartford, CT 06102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Secured by office machines.**

$13,000.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Umpqua Bank** |
|---|---|

Creditor's Name

**3455 S. 344th Way #300**
**Federal Way, WA 98001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Secured by 2012 Kenworth Truck. Vin -1036.**

$14,800.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $533,800.00 |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

| Fill in this information to identify the case: |
|---|

Debtor name     **Valley Transportation, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| 2.1 | Priority creditor's name and mailing address |

**California Attorney General**
**P.O. Box 944255**
**Sacramento, CA 94255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | $0.00 | $0.00 |

**California Dept. of Tax and**
**Fee Administration**
**Account Information Group MIC:**
**29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

| Debtor | **Valley Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Employment Development
Department
Bankruptcy/Special Procedures
Group
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Fresno County Tax Collector
PO Box 1192
Fresno, CA 93715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 | |

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Heavy Vehicle Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Valley Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address
**Pre-Petition Wages**

As of the petition filing date, the claim is: | **$16,734.10**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Three days of pre-petition payroll. Paid with court approval [WJH-3].**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8** | Priority creditor's name and mailing address
**Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071**

As of the petition filing date, the claim is: **$0.00    $0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.9** | Priority creditor's name and mailing address
**United States Attorney
(IRS Division)
2500 Tulare Street, Suite 4401
Fresno, CA 93721**

As of the petition filing date, the claim is: **$0.00    $0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10** | Priority creditor's name and mailing address
**United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044**

As of the petition filing date, the claim is: **$0.00    $0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Valley Transportation, Inc.**                          Case number (if known) _____
         _____
         Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,021.00 |
|---|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**ACT 2 Services, Inc.**
**P.O. Box 907**
**San Bruno, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$1,021.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

**Alertolite**
**P.O. Box 12224**
**Fresno, CA 93777-2224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$47.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

**American Express**
**PO Box 0001**
**Los Angeles, CA 90096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$19,990.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

**Andrew Mendoza**
**c/o Shegerian & Associates**
**11520 San Vicente Blvd.**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Party to litigation - Disputed Wrongful Termination**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.5**  Nonpriority creditor's name and mailing address

**Aramark**
**PO Box 7430**
**Pasadena, CA 91109-7430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$67.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.6**  Nonpriority creditor's name and mailing address

**ARSCAPE**
**P.O. Box 8052**
**Fresno, CA 93747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$1,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.7**  Nonpriority creditor's name and mailing address

**Battery Systems, Inc.**
**P.O. Box 735568**
**Dallas, TX 75373-5568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           **$2,006.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **Valley Transportation, Inc.**    Case number (if known) _____

     Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $619.90 |
|---|---|---|---|

**CalForms**
**2055 Mesa Avenue**
**Clovis, CA 93611-7512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.25 |
|---|---|---|---|

**CALIFORNIA DIESEL REPAIR**
**2840 E. Church Avenue**
**Fresno, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coleman & Horowitt**
**Russell W. Reynolds**
**499 W Shaw, Suite 116**
**Fresno, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes - Attorneys for Huntington National Bank**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,854.09 |
|---|---|---|---|

**CTW Tire Center**
**1406 N. Chester**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.73 |
|---|---|---|---|

**Cummins, Inc.**
**2755 Cherry Avenue**
**Fresno, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.11 |
|---|---|---|---|

**CVTR**
**Central Valley Trailer Repair**
**P.O. Box 12427**
**Fresno, CA 93777-2427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deborah Simpson**
**PO Box 12663**
**Fresno, CA 93778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Valley Transportation, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Dritsas Groom McCormick, LLP**
**Keith Mizner, CPA**
**7511 N. Remington Ave. Ste. 101**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **For Notice Purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.25**

**DUPLICATED BUSINESS SOLUTIONS**
**DUPICATED BUSINESS SYSTEMS**
**1131 Tama Lane**
**Suite D**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00**

**East Bay Tire**
**2200 Huntington Dr. #C**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.61**

**ELITE TRUCK REPAIR, INC.**
**P.O. 6630**
**Bakersfield, CA 93386**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00**

**Falcon Private Security**
**130 W. Shaw Ave. #105**
**Clovis, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00**

**Fresno Truck Center**
**P.O. Box 398430**
**San Francisco, CA 94139-8430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.57**

**FRONTIER FASTENER**
**P.O. Box 868**
**Clovis, CA 93613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Valley Transportation, Inc.** | Case number (if known) | |
|--------|----------------------------------|------------------------|--|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|------|------|------|------|

**Hatmaker Law Group**
**Susan K. Hatmaker**
**7522 N. Colonial, Ste. 105**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Special Counsel for Debtor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$226.50** |
|------|------|------|------|

**HI LINE, INC.**
**P.O. Box 972081**
**Dallas, TX 75397-2081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|------|------|------|------|

**Katz Law, APC**
**Lior Katz**
**5850 Canoga Ave., Ste 400**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Attorneys for Mendoza__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,898.00** |
|------|------|------|------|

**Kelly Freight Services, Inc.**
**P.O. Box 35**
**Torrance, CA 90507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
|------|------|------|------|

**Linde Gas & Equipment/Praxair**
**Dept LA 21511**
**Pasadena, CA 91185-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$294.50** |
|------|------|------|------|

**Matson Alarm**
**P.O. Box 12487**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$96.00** |
|------|------|------|------|

**ORKIN**
**P.O. Box 7161**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Valley Transportation, Inc.** | Case number (if known) | |
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,757.00** |
|---|---|---|---|
| | **Pape Kenworth**<br>P.O. Box 35144<br>#5077<br>Seattle, WA 98124-5144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Parker, Milliken, Clark, O'Hara et. al.**<br>**Thomas E. Shuck**<br>555 South Flower Street, 30th Floor<br>Los Angeles, CA 90071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **For Notice Purposes - Attorneys for Banc of America Financial Leasing.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,774.00** |
|---|---|---|---|
| | **PetroCard**<br>730 Central Ave. S.<br>Kent, WA 98032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|
| | **PGE**<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|
| | **Pitney Bowes**<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Raimondo Miller**<br>**Anthony Raimondo**<br>7110 N. Marks Ave., Ste. 114<br>Fresno, CA 93711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **For Notice Purposes. Special Counsel.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.46** |
|---|---|---|---|
| | **Safety Kleen**<br>P.O. Box 7170<br>Pasadena, CA 91109-7170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Valley Transportation, Inc.**            Case number *(if known)* _____

         Name

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
--- | --- | --- | ---

**Shegerian & Associates, Inc.**
Zachary Lynch, Esq.
11520 San Vicente Blvd.
Los Angeles, CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Attorneys for Andrew Mendoza</u>

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$422.12**

**Staples Advantage**
P.O. Box 660409
Dallas, TX 75266-0409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$1,178.25**

**Tek Edge Consulting**
P.O. Box 25446
Fresno, CA 93729-5446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$145.00**

**THOMPSON LIFT TRUCK**
P.O. Box 80381
Bakersfield, CA 93380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$46.15**

**Ultrex**
1400 Easton Dr.
Suite 140
Bakersfield, CA 93309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$560.92**

**Valley Fleet Clean**
P.O. Box 9854
Fresno, CA 93794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$613.38**

**Valley Pacific Petroleum Services, Inc.**
P.O. Box 1245
French Camp, CA 95231-1245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Valley Transportation, Inc.**        Case number *(if known)* _____

Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.00 |

**Valley Propane Service**
P.O. Box 70698
Bakersfield, CA 93387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

**VALLEY SPRINGS WATER**
P.O. Box 27740
Fresno, CA 93729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Workingsarts Marketing, Inc.**
966 Summer Set Lane
Madera, CA 93637-2698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 25,734.10 |
| 5b. Total claims from Part 2 | 5b. + $ | 127,199.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 152,933.32 |

**Fill in this information to identify the case:**

Debtor name    **Valley Transportation, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease of 2837 E. East Ave in Fresno, CA. Rent is $10,000/month. Month to Month**<br><br><br>**Deborah Simpson** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease of 2740 E. Church located in Fresno, CA. Rent is $3,000/month. Month to Month**<br><br><br>**Deborah Simpson** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commerical lease agreement for use of 3451 Unicorn Road, #200, in Bakersfield, CA. Rent is $13,282/month.**<br><br>**Joseph Jaconi Company, Inc.**<br>**PO Box 3907**<br>**Palos Verdes Peninsula, CA 90274** |

**Fill in this information to identify the case:**

Debtor name      **Valley Transportation, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Valley Transportation, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,393,743.19** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,076,041.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$4,376,077.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| | | | |

Debtor    **Valley Transportation, Inc.**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Deborah Simpson** | **Monthly** | | **Monthly rent payments of $13,000 for two (2) commercial leases.** |
| 4.2.   **Deborah Simpson** | **See Attached.** | **$35,000.00** | **Loan to Shareholder (repaid)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Andrew Mendoza v. Valley Transportation, Inc.**<br>**22CECG01786** | **Civil** | **Fresno County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

9:14 AM
08/27/2022
Filed 09/27/22

Valley Transportation, Inc.
Transaction List by Vendor
June through August 2022

Case 22-11540

90 Day Payments

Doc 55

| | Type | Date | Num | Amount |
|---|---|---|---|---|
| **ACT 2 Services, Inc.** | | | | |
| P O BOX 907 | Bill Pmt -Check | 06/03/2022 | 26915 | -$1,685.72 |
| SAN BRUNO CA 94066 | Bill Pmt -Check | 06/10/2022 | 26930 | -$714.45 |
| | Bill Pmt -Check | 06/17/2022 | 26947 | -$788.32 |
| | Bill Pmt -Check | 06/24/2022 | 26956 | -$414.44 |
| | Bill Pmt -Check | 07/01/2022 | 26977 | -$1,237.35 |
| | Bill Pmt -Check | 07/15/2022 | 27001 | -$784.69 |
| | Bill Pmt -Check | 07/22/2022 | 27026 | -$376.16 |
| | Bill Pmt -Check | 07/29/2022 | 27047 | -$1,060.48 |
| | Bill Pmt -Check | 08/05/2022 | 27066 | -$813.00 |
| | Bill Pmt -Check | 08/12/2022 | 27088 | -$867.27 |
| | Bill Pmt -Check | 08/19/2022 | 27101 | -$226.57 |
| | Bill Pmt -Check | 08/26/2022 | 27110 | -$614.08 |
| | Bill Pmt -Check | 08/31/2022 | 6588108344 | -$1,159.77 |
| | | | | -$10,742.30 |
| | | | | |
| **Allegiance Premium Finance Companuy** | | | | |
| P O BOX 1750 | Bill Pmt -Check | 07/01/2022 | ACH AUTO | -$8,763.56 |
| CEDAR CITY, UT 84721 | Bill Pmt -Check | 08/03/2022 | AUTO PAY | -$8,763.56 |
| | Bill Pmt -Check | 08/31/2022 | ON LINE | -$8,763.56 |
| | | | | -$26,290.68 |
| | | | | |
| **American Express** | | | | |
| P O BOX 0001 | Check | 06/20/2022 | ON LINE | -$26,705.13 |
| LOS ANGELES, CA 90096 | Check | 07/21/2022 | JUNE 2022 | -$23,769.91 |
| | Check | 08/19/2022 | ON LINE | -$22,941.79 |
| | | | | -$73,416.83 |
| | | | | |
| **Anthem Blue Cross** | | | | |
| **P O BOX 51011** | | | | |
| **LOS ANGELES, CA 90051** | | | | |
| | | | | |
| **ATT WIRELESS** | **Bill Pmt -AMEX** | **06/30/2022** | | **-$6,046.45** |
| **P O BOX 6463** | **Bill Pmt -AMEX** | **07/30/2022** | | **-$2,240.15** |
| **CAROL STREAM, IL 60197-6463** | | | | **-$8,286.60** |
| | | | | |
| | Bill Pmt -Check | 08/24/2022 | ACH ON LINE | -$10,744.05 |
| **B of A - Equip loan** | | | | |
| P O BOX 100918 | Check | 06/06/2022 | R27880 | -$5,964.78 |
| ATLANTA GA 30384-0918 | Check | 08/05/2022 | R56709 | -$5,964.78 |
| | | | | -$11,929.56 |
| | | | | |
| **Barrett Business Services, Inc.** | | | | |
| | | | | |
| 7108 N FRESNO ST # 100 | Bill Pmt -Check | 06/25/2022 | 26976 | -$11,623.05 |
| FRESNO, CA 93720 | | | | |
| | | | | |
| **Bellingham Underwriters** | | | | |
| P OBOX 969 | Bill Pmt -Check | 06/24/2022 | 26961 | -$15,624.00 |
| WESTBROOK , CT 06498-0969 | Bill Pmt -Check | 07/22/2022 | 27031 | -$15,624.00 |
| | Bill Pmt -Check | 08/26/2022 | 27115 | -$16,344.00 |
| | | | | -$47,592.00 |
| | | | | |
| **Blue Shield of California** | | | | |
| P O BOX 749415 | Bill Pmt -Check | 06/24/2022 | 26962 | -$4,667.62 |
| LOS ANGELES, CA 90074 | Bill Pmt -Check | 07/29/2022 | 27050 | -$6,855.88 |
| | | | | -$11,523.50 |
| | | | | |
| **CITIBANK Visa=Costco** | | | | |
| | | | | |
| P O BOX 790046 | Check | 06/30/2022 | on line | -$2,924.52 |
| | | | | |
| ST LOUIS, MO 63179-0046 | Check | 07/29/2022 | JUNE 2022 | -$3,859.54 |
| | | | | |
| | Check | 08/30/2022 | ON LINE | -$1,793.60 |
| | | | | -$8,577.66 |
| | | | | |
| **CTW- COUNTRY TIRE & WHEEL** | Bill Pmt -AMEX | 06/07/2022 | | -$1,576.26 |
| 1406 N CHESTER | Bill Pmt -AMEX | 07/07/2022 | | -$1,726.44 |
| BAKERSFIELD CA 93308 | Bill Pmt -AMEX | 08/03/22 | | -$5,250.06 |
| | Bill Pmt -AMEX | 08/30/2022 | | -$1,486.42 |
| | | | | -$10,039.18 |

Filed 09/27/22

Case 22-11540

Doc 55

9:14 AM
09/27/2022

90 Day Payments

# Valley Transportation, Inc.
## Transaction List by Vendor
### June through August 2022

| | Type | Date | Num | Amount |
|---|---|---|---|---|
| **Crown Data Systems** | | | | |
| 3795 BROADWAY | Bill Pmt -Check | 07/12/2022 | ON LINE | -$2,131.00 |
| CHEEKTOWAGA, NY 14227 | Bill Pmt -Check | 07/22/2022 | 27034 | -$2,131.00 |
| | Bill Pmt -Check | 08/26/2022 | 27118 | -$2,131.00 |
| | Bill Pmt -Check | 08/26/2022 | 27138 | -$3,190.00 |
| | | | | -$9,583.00 |
| | | | | |
| **Falcon Private Security Inc.** | | | | |
| 130 W SHAW AVE #105 | Bill Pmt -Check | 06/10/2022 | 26934 | -$2,914.00 |
| CLOVIS CA 93612 | Bill Pmt -Check | 07/15/2022 | 27011 | -$4,136.00 |
| | Bill Pmt -Check | 08/12/2022 | 27092 | -$3,854.00 |
| | | | | -$10,904.00 |
| | | | | |
| **Hatmaker Law Group** | | | | |
| 7522 N COLONIAL AVE | Bill Pmt -Check | 07/01/2022 | 26982 | -$18,130.76 |
| .SUITE 105 | Bill Pmt -Check | 07/29/2022 | 27055 | -$14,882.06 |
| FRESNO, CA 93711 | Check | 08/01/2022 | 15854 | -$27,301.72 |
| | Check | 08/22/2022 | 2596 | -$100,000.00 |
| | Check | 08/25/2022 | 15756 | -$14,478.27 |
| | Check | 08/31/2022 | wire tsfr | -$200,000.00 |
| | Check | 08/31/2022 | 15857 | -$10,120.49 |
| | | | | |
| **HUNTINGTON / TCF** | | | | |
| 11100 WAYZATA BLVD | Check | 06/20/2022 | 7752227 | -$1,476.92 |
| SUITE 801 | Check | 06/20/2022 | 7761956 | -$1,476.92 |
| MINNETONKA, MN 55305 | Check | 06/25/2022 | 7752227 | -$2,816.63 |
| | Check | 06/25/2022 | 7767295 | -$1,476.92 |
| | Check | 07/28/2022 | 7818923 | -$1,476.92 |
| | Check | 07/28/2022 | 7810482 | -$1,476.92 |
| | Check | 07/28/2022 | 7803965 | -$2,816.63 |
| | Check | 07/28/2022 | 7803965 | -$1,476.90 |
| | Check | 08/29/2022 | 7854169 | -$1,476.92 |
| | Check | 08/29/2022 | 7861907 | -$1,476.92 |
| | Check | 08/29/2022 | 7854169 | -$2,816.63 |
| | Check | 08/29/2022 | 7870539 | -$1,476.92 |
| | | | | -$21,742.15 |
| | | | | |
| **Joseph Jaconi Company, Inc.** | | | | |
| 1401 19TH ST | Bill Pmt -Check | 07/01/2022 | 26985 | -$13,768.60 |
| SUITE 400 | Bill Pmt -Check | 07/22/2022 | 27039 | -$13,768.60 |
| BAKERSFIELD, CA 93301 | Bill Pmt -Check | 07/29/2022 | 27058 | -$13,768.60 |
| | | | | -$41,305.80 |
| | | | | |
| **JTI - Jeoff Speer** | | | | |
| I WILL HAVE TO CALL HIM | Check | 07/21/2022 | 7593 | -$25,413.00 |
| | | | | |
| **Kaiser Permanente** | | | | |
| FILE # 5915 | Bill Pmt -Check | 06/10/2022 | 26936 | -$4,300.38 |
| LOS ANGELES, CA 90074 | Bill Pmt -Check | 07/15/2022 | 27014 | -$6,222.66 |
| | Bill Pmt -Check | 08/31/2022 | ach online | -$6,540.29 |
| | | | | -$17,063.33 |
| | | | | |
| **Kelly Freight Services, Inc.** | | | | |
| P O BOX 35 | Bill Pmt -Check | 06/03/2022 | 26923 | -$9,117.78 |
| TORRANCE, CA 90507 | Bill Pmt -Check | 06/10/2022 | 26937 | -$11,940.67 |
| | Bill Pmt -Check | 06/17/2022 | 26951 | -$9,743.71 |
| | Bill Pmt -Check | 06/24/2022 | 26969 | -$10,594.62 |
| | Bill Pmt -Check | 07/01/2022 | 26986 | -$13,097.50 |
| | Bill Pmt -Check | 07/08/2022 | 26998 | -$11,849.24 |
| | Bill Pmt -Check | 07/15/2022 | 27015 | -$13,727.78 |
| | Bill Pmt -Check | 07/22/2022 | 27040 | -$12,011.60 |
| | Bill Pmt -Check | 07/29/2022 | 27059 | -$11,305.88 |
| | Bill Pmt -Check | 08/05/2022 | 27077 | -$11,043.63 |
| | Bill Pmt -Check | 08/12/2022 | 27096 | -$10,714.12 |
| | Bill Pmt -Check | 08/19/2022 | 27106 | -$12,577.96 |
| | Bill Pmt -Check | 08/26/2022 | 27124 | -$9,111.85 |
| | Bill Pmt -Check | 08/31/2022 | on line | -$15,970.46 |
| | | | | -$162,806.80 |
| | | | | |
| **Kenli, Inc.** | | | | |
| 35285 HIGHWAY 41 | Bill Pmt -Check | 06/03/2022 | ON LINE | -$8,286.00 |

Filed 09/27/22

**Valley Transportation, Inc.**
**Transaction List by Vendor**
June through August 2022

Case 22-11540

90 Day Payments

Doc 55

| | Type | Date | Num | Amount |
|---|------|------|-----|--------|
| SUITE D | Bill Pmt -Check | 06/30/2022 | on line | -$2,797.00 |
| COARSEGOLD, CA 93614 | Bill Pmt -Check | 06/30/2022 | on line | -$50.00 |
| | Bill Pmt -Check | 08/10/2022 | ON LINE | -$6,597.00 |
| | Bill Pmt -Check | 08/12/2022 | 27097 | -$173.97 |
| | | | | -$17,903.97 |
| | | | | |
| **Pape Kenworth*** | | | | |
| P O BOX 35144 #5077 | Check | 07/13/2022 | 59100 | -$111,211.69 |
| SEATTLE WA 98124 | Bill Pmt -Check | 08/31/2022 | 869123107 | -$110,767.62 |
| | Bill Pmt -AMEX | 06/07/2022 | | -$7,525.49 |
| | Bill Pmt -AMEX | 07/07/2022 | | -$3,684.67 |
| | Bill Pmt -AMEX | 08/03/2022 | | -$2,625.23 |
| | Bill Pmt -AMEX | 08/31/2022 | | -$2,516.89 |
| | | | | -$238,331.59 |
| **Petro Card** | | | | |
| P O BOX 40 | Check | 06/02/2022 | AUTO | -$36,641.50 |
| KENT WA 98035-0040 | Check | 06/17/2022 | AUTO | -$44,361.11 |
| | Check | 07/01/2022 | AUTO | -$47,042.60 |
| | Check | 07/18/2022 | AUTO | -$50,428.79 |
| | Check | 08/02/2022 | AUTO | -$37,404.39 |
| | Check | 08/18/2022 | AUTO | -$36,594.60 |
| | | | | -$252,472.99 |
| | | | | |
| **PGE** | | | | |
| P O BOX 997300 | Bill Pmt -Check | 06/03/2022 | 26924 | -$400.08 |
| SACRAMENTO CA 95899-7300 | Bill Pmt -Check | 06/10/2022 | 26942 | -$2,024.08 |
| | Bill Pmt -Check | 07/01/2022 | 26989 | -$635.46 |
| | Bill Pmt -Check | 07/08/2022 | 26999 | -$2,677.66 |
| | Bill Pmt -Check | 08/05/2022 | 27078 | -$985.99 |
| | Bill Pmt -Check | 08/26/2022 | 27130 | -$3,016.50 |
| | | | | -$9,739.77 |
| | | | | |
| **Simpson - Bldg Rent** | | | | |
| 1360 N ACADEMY AVE | Bill Pmt -Check | 06/24/2022 | 26972 | -$13,000.00 |
| SANGER CA 93657 | Bill Pmt -Check | 07/29/2022 | 27063 | -$13,000.00 |
| | Bill Pmt -Check | 08/26/2022 | 27131 | -$13,000.00 |
| | | | | -$39,000.00 |
| | | | | |
| **The Standard** | | | | |
| 1100 SW SIXTH AVE | Bill Pmt -Check | 06/06/2022 | ON LINE | -$587.88 |
| PORTLAND  OR 97204 | Bill Pmt -Check | 06/06/2022 | ON LINE | -$5,955.76 |
| | Bill Pmt -Check | 06/14/2022 | ON LINE | -$589.62 |
| | Bill Pmt -Check | 06/14/2022 | ON LINE | -$5,955.76 |
| | Bill Pmt -Check | 06/15/2022 | on line | -$534.04 |
| | Bill Pmt -Check | 06/28/2022 | ON LINE | -$588.90 |
| | Bill Pmt -Check | 06/28/2022 | on line | -$591.05 |
| | Bill Pmt -Check | 07/11/2022 | on line | -$586.42 |
| | Bill Pmt -Check | 08/03/2022 | ON LINE | -$575.67 |
| | Bill Pmt -Check | 08/03/2022 | ON LINE | -$577.38 |
| | Bill Pmt -Check | 08/03/2022 | ON LINE | -$597.83 |
| | Bill Pmt -Check | 08/03/2022 | ON LINE | -$590.52 |
| | Bill Pmt -Check | 08/21/2022 | on line | -$591.98 |
| | Bill Pmt -Check | 08/21/2022 | on line | -$590.46 |
| | Bill Pmt -Check | 08/21/2022 | ON LINE | -$5,955.76 |
| | Bill Pmt -Check | 08/27/2022 | ON LINE | -$588.66 |
| | Bill Pmt -Check | 08/31/2022 | on  line | -$5,955.76 |
| | | | | -$31,413.45 |
| | | | | |
| **Wanger Jones** | | | | |
| | Check | 08/31/2022 | wire tsfr | -$25,000.00 |
| | Check | 08/31/2022 | wire tsfr | -$100,000.00 |

Filed 09/27/22

**Valley Transportation, Inc.**

Case 22-11540

Doc 55

# All Transactions for Deborah Simpson

### All Transactions

| Type | Num | Date | Account | Amount |
|------|-----|------|---------|-------:|
| Check | 26390 | 11/19/2021 | 104.08 · Wells Fargo-Main | 1,000.00 bonus |
| Check | 2531 | 09/28/2021 | 104.08 · Wells Fargo-Main | 9,000.00 |
| Bill Pmt -Check | 26226 | 09/28/2021 | 104.08 · Wells Fargo-Main | 5,000.00 |
| Bill Pmt -Check | 26227 | 09/28/2021 | 104.08 · Wells Fargo-Main | 5,000.00 |
| Bill Pmt -Check | 26166 | 09/06/2021 | 104.08 · Wells Fargo-Main | 3,000.00 |
| Bill Pmt -Check | 26167 | 09/06/2021 | 104.08 · Wells Fargo-Main | 12,000.00 |
| | | | | 35,000.00 |

*Loan repaid prior to 12/31/21

Debtor   **Valley Transportation, Inc.**                    Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Wanger Jones Helsley, PC**<br>**265 E. River Park Circle, Ste. 310**<br>**Fresno, CA 93720** | **SEE ATTACHED DISCLOSURE OF COMPENSATION** | | |
| **Email or website address**<br>**www.wjhattorneys.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Valley Transportation, Inc.** | Case number *(if known)* |
|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Valley Transportation, Inc. 401(k) Profit Sharing Plan** | EIN: **77-0282447** |

   Has the plan been terminated?
   ■ No
   ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Valley Transportation, Inc.**                    Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Valley Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Dritsas Groom McCormick, LLP** **Keith Mizner, CPA** **7511 N. Remington Ave. Ste. 101** **Fresno, CA 93711** | **1991 to Present.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Debtor** | |
| 26c.2.  **Dritsas Groom McCormick, LLP** **Keith Mizner, CPA** **7511 N. Remington Ave. Ste. 101** **Fresno, CA 93711** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| Debtor | **Valley Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Name and address**

26d.1.    **Banc of America Financial**

26d.2.    **Wells Fargo Bank (Annual Review)**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Deborah Simpson** | **PO Box 12663**<br>**Fresno, CA 93778** | **President and CEO** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Insider compensation 9/1/21 to 8/31/22

| Employee Last Name | Employee First Name | total gross earnings |
|---|---|---|
| HEINTZ | RODNEY | $61,297.10 |
| Rumph | Hannah | $2,983.84 |
| SIMPSON | DEBORAH | $173,714.71 |
| SIMPSON | TARA | $41,423.59 |

Debtor   **Valley Transportation, Inc.** _____    Case number *(if known)* _____

**Name of the pension fund**                                 **Employer Identification number of the pension fund**

                                                             EIN: _____

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Sept 23, 2022

_Deborah B Simpson_                          **Deborah Simpson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Executive Officer** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of California
### Fresno Division

In re: Valley Transportation, Inc.                         Case No.
          Chapter 11

## Disclosure of Compensation of Attorney for Debtor

1.  Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2.  The source of the compensation paid to me was:
                    [X ] Debtor        [   ] Other

3.  The source of compensation to be paid to me is:
                    [ X ] Debtor        [   ] Other

4.  I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of the petition, schedules and statement of affairs;
    c.  Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
    d.  Services per engagement letter.

6.  I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7.  As of the Petition Date, the Firm's standard hourly rates are $185.00 to $595.00 per hour for attorneys and $140.00 to $185.00 per hour for paraprofessionals.

8.  The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 08/31/22 | $25,000.00 | | |
| 08/31/22 | $100,000.00 | | |
| 09/01/22 | | $4,992.00 | $1,738.00 |
| | | | |

9.  The above fees were related to services rendered as follows:

        Bankruptcy Related                        100%
        Non-Bankruptcy Related

10. The retainer on hand as of Petition Date was: $118,270.00

11. Pertains to Wanger Jones Helsley PC.

{10676/011/01464682.DOCX}

# United States Bankruptcy Court
Eastern District of California
Fresno Division

In re: Valley Transportation, Inc.                                    Case No.
      Chapter 11

## Disclosure of Compensation of Attorney for Debtor


# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.


Date: 9/__27__/22

                                       *Riley C. Walter*
                                Riley C. Walter, Attorney for Debtor